THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No.: 7:07-CR-22-HL |
| LINDA C. PETERSON, : | |
| Defendant. : | |

## ORDER

The Government's Motion for a Continuance of the above-styled matter to the next regular trial term having been read and considered, the Court finds:

a) The defendant was Indicted on September 21, 2007 and Arraigned on October 1, 2007. This case has not been set for either a pre-trial conference or trial.

b) No pretrial motions which would have the effect of tolling the Speedy Trial clock have been filed; and

THEREFORE the ends of justice served by the granting of a continuance outweigh the interests of the public and the defendant in a speedy trial.

The Court having made the foregoing findings, the motion is hereby GRANTED and the matter is hereby continued to the next trial term of the Valdosta Division of the Middle District of Georgia, currently scheduled to commence in 2008, or at a date specially set by the Court.

IT FURTHER ORDERED that the time period occasioned by this continuance

is excluded from the calculations of time contemplated by the Speedy Trial Act, 18 U.S.C. § 3161.

SO ORDERED this 4th day of December, 2007.

*S/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT COURT

Presented by:

_____
s/ JIM CRANE
ASSISTANT UNITED STATES ATTORNEY

Consented to by:

_____
S/WILLIAM E. MOORE, JR.
P.O. Box 1929
Valdosta, GA 31603
T: 229-244-8830