IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| LINDA PETERSON | : | Civil Action No. |
| | : | 7:07-CR-22-HL |
| Defendant. | : | |
| | : | |

# ORDER

Before the Court is the Government's Motion for Reconsideration (Doc. 109) of the Court's November 3, 2008, Order (Doc. 108) granting Defendant Linda Peterson's Motion for Judgment of Acquittal (Doc. 97). Upon review of the Government's Motion for Reconsideration under the standard of review applicable to such motions, the Motion is denied. See Virgin Atlantic Airways, Ltd. v. Nat'l Medication Bd., 956 F.2d 1245, 1255 (2d Cir. 1992) ("The major grounds justifying reconsideration are an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." (internal quotations omitted)).

**SO ORDERED**, this the 1st day of July, 2009.

/s/ Hugh Lawson
**HUGH LAWSON, Judge**

dhc

1